# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GILROY PERCY MERRILL, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-1212** |
| **ST. BERNARD PARISH PRISON, ET AL.** | **SECTION "E"(5)** |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (R. Doc. 15), and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiffs' complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

New Orleans, Louisiana, this  2nd  day of   December  , 2014.

*Susie Morgan*
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**